TREG TAYLOR
ATTORNEY GENERAL

Christopher W. Yandel (Alaska Bar No. 1806057)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 276-3697
Email: chris.yandel@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JACK EARL JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY GOODE, LAURA BROOKS, | ) | |
| JACQUELINE VILLACORTA, EARL L | ) | |
| HOUSER, DR. ERIC NIMMO, ANGELA | ) | |
| J. STROMMER, DAVID NEWMAN., | ) | |
| | ) | |
| Defendants. | ) | Case No.: |

**DEFENDANT JACQUELINE VILLACORTA'S NOTICE OF REMOVAL**

Pursuant to 28 USC §§ 1441 and 1446, Defendant Jacqueline Villacorta, through

counsel, hereby consents to and removes the state court action captioned

*Jack Earl Jr. v. Kelly Goode et al.*, 3AN-22-07411CI filed in the Superior Court for the

State of Alaska, Third Judicial District at Anchorage, to the United States District Court

for the District of Alaska.

Plaintiff Jack Earl Jr. filed a lawsuit against Kelly Goode, Laura Brooks, Jacqueline Villacorta, Earl Houser, Dr. Eric Nimmo, Angela Strommer, and David Newman, alleging federal law claims. The claims against Jacqueline Villacorta fall under the Americans with Disabilities Act, which may be brought pursuant to 42 U.S.C. § 12133. Removal is made pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1443, 28 U.S.C. § 1446, 28 U.S.C. § 1331, and 28 U.S.C. § 1367. A copy of the Complaint is attached hereto as Exhibit A. Removal is based on the following:

1.      The action is one which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 because the complaint alleges violations of the Americans with Disabilities Act, of the United States Constitution, and 42 U.S.C. § 1983 and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

2.      Written notice of the filing of the notice of removal will also be served on all adverse parties pursuant to 28 U.S.C. § 1446(d).

3.      A Notice to the State Court of Removal will be filed simultaneously herewith the Clerk of the Trial Courts, the Superior Court for the State of Alaska, in the Third Judicial District at Anchorage, Case No. 3AN-22-07411CI, along with a copy of this Notice of Removal.

4.      This notice of removal is timely under 28 U.S.C. § 1446(b). The Complaint

filed in Alaska Superior Court, Case No. 3AN-22-07411CI, and copies of the summons

were never received by Jacqueline Villacorta. Less than thirty (30) days have elapsed

since the receipt of the Complaint and notice of the federal claims.

5.      The other defendants in this lawsuit, Kelly Goode, Laura Brooks, Earl

Houser, Dr. Eric Nimmo, Angela Strommer, and David Newman join and consent to the

removal pursuant to 28 U.S.C. § 1446(b)(2)(A) and 28 U.S.C. § 1446(b)(2)(C).

DATED: June 19, 2024.

TREG TAYLOR
ATTORNEY GENERAL


By:     /s/Christopher W. Yandel
        Christopher W. Yandel
        Assistant Attorney General
        Alaska Bar No. 1806057
        Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Facsimile: (907) 276-3697
        Email: chris.yandel@alaska.gov
        Attorney for Defendants

*Earl Jr v. DOC, et al.*                                                    Case No.:
Defendant Jacqueline Villacorta's Notice of Removal                        Page 3 of 4
Case 3:24-cv-00129-SLG   Document 1   Filed 06/20/24   Page 3 of 4

Certificate of Service
Certificate of Service
I certify that on June 19, 2024, the foregoing **Defendant Jacqueline Villacorta's Notice of Removal** was served electronically on:

Jack Lawrence Earl Jr.#302235
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, AK 99623

/s/Christopher W. Yandel
Christopher W. Yandel, Assistant Attorney General